**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| ROBERT E. EORIO, EXECUTOR OF THE ESTATE OF MICHAEL EORIO, DECEASED, | : | No. 433 EAL 2018 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| Petitioner | : | the Order of the Superior Court |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| GENERAL ELECTRIC COMPANY AND CBS CORPORATION, SUCCESSOR-IN-INTEREST TO WESTINGHOUSE ELECTRIC CORPORATION | : | |
| | : | |
| | : | |
| | : | |

**ORDER**

**PER CURIAM**

    **AND NOW**, this 26th day of February, 2019, the Petition for Allowance of Appeal is **DENIED**.